# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Bearing Brokers, Inc.

                        Plaintiff,

v.                                                       Case No.: 1:10–cv–07662
                                                                  Honorable Virginia M. Kendall

Inland Bank & Trust, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 6, 2011:

        MINUTE entry before Honorable Virginia M. Kendall:Plaintiffs have sued Defendant Inland Bank and Trust and John Does 1–10. On December 15, 2010, this Court entered an order requiring the filing of an initial joint status report and scheduling an initial status hearing. The report was due February 25, 2011 and the status was scheduled for March 3, 2011. Rather than file a status report, on February 28, 2011, Plaintiff filed a voluntary dismissal of its claims against Defendant Inland Bank and Trust. No report was filed indicating that the remaining John Does would be served. Plaintiff failed to appear for the March 3, 2011 status. Because it is past the deadline for effectuating service and no John Does have been served and Plaintiff has not sought leave of Court to extend the time to effectuate service, the Court assumes that it was Plaintiff's intent to dismiss this case in its entirety. The case is dismissed without prejudice, to become with prejudice May 5, 2011. If Plaintiff intended to continue its case against the John Doe Defendants, Plaintiff shall file a motion seeking to reopen the case and giving cause as to why compliance with the Court's orders has not occurred and why service has not been effectuated. Plaintiff's motion to certify class is dismissed as moot. Civil case terminated. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.